IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN M. KNOTT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-00287-CG-M |
| | ) |
| **GREDE II, LLC,** | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Brian M. Knott. It is, therefore, **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice.** Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this the 28th day of January, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE